UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PATRICIA ZELLMER, § § *Plaintiff,* § § VS. § § STATE FARM LLOYDS, § § *Defendant.* § § § | CIVIL ACTION NO. 1:23-CV-00447 |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

The Court having considered Plaintiff's Unopposed Motion to Dismiss, is of the opinion and finds that said Motion should be in all things granted; it is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's, Patricia Zellmer, cause of action as hereinabove set forth be, and it is hereby, DISMISSED as to the Defendant, State Farm Lloyds; and it is further

ORDERED that taxable costs of Court herein incurred are hereby taxed against the party incurring same.

This Order finally disposes of all parties and claims and is appealable. The Clerk's office is INSTRUCTED to CLOSE the CASE.

SIGNED this 26th day of February, 2025.

_____
JUDGE PRESIDING